DOMINICK FRESE, Appellant, Respondent, v. VERPETIA REALTY COMPANY, INC.,

Respondent, Appellant.— Judgment affirmed, with costs to the defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TISSIER, Appellant. Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.